FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALFONSO OLIVERA B. and MARIA OLIVERA-SUAREZ, also known as Maria Olivera,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant. | No.　1:17-cv-03050-SMJ<br><br>**ORDER CONDITIONALLY DISMISSING CASE** |

On April 19, 2019, the parties filed a Joint Motion to Dismiss Conditionally, ECF No. 45, and related motion to expedite, ECF No. 46. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED**:

**1.** The parties' Joint Motion to Dismiss Conditionally, **ECF No. 45**, and related motion to expedite, **ECF No. 46**, are **GRANTED**.

**2.** All claims are **CONDITIONALLY DISMISSED WITH PREJUDICE**. Each side will bear its own attorneys' fees, expenses, and costs, and this Court will not retain jurisdiction over this matter,

ORDER CONDITIONALLY DISMISSING CASE **-** 1

the settlement, or Defendant. Dismissal is **CONDITIONED** upon, and not effective until and unless both of the following occur: (1) a wire-transfer of the Upfront Cash amount, and (2) the purchase of the annuity, as described in the parties' Stipulation for Compromise.

**3.** When both of the above conditions have been fulfilled, defense counsel shall file a Notice certifying the fulfillment of both conditions and requesting that the case be closed. The Notice shall be titled "Notice of Fulfillment and Requesting Closure of the Case."

**4.** All pending motions are **DENIED AS MOOT**.

**5.** All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of April 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge